# EXHIBIT A

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,113,004**

**Registered Jan. 03, 2017**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Texas Precious Metals LLC (TEXAS LIMITED LIABILITY COMPANY)
959 Hwy 95N
Shiner, TX 77984

CLASS 14: Precious metals; non-monetary coins, namely, rounds; and bullion

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011

The mark consists of the silhouette of the State of Texas.

SEC.2(F)

SER. NO. 87-008,332, FILED 04-20-2016
DAVID ISAAC DUBIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,113,005**

**Registered Jan. 03, 2017**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Texas Precious Metals LLC (TEXAS LIMITED LIABILITY COMPANY)
959 Hwy 95N
Shiner, TX 77984

CLASS 35: Online retail store featuring gold and silver and other rare metals, coins, and bullion

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011

The mark consists of the silhouette of the State of Texas.

SEC.2(F)

SER. NO. 87-008,337, FILED 04-20-2016
DAVID ISAAC DUBIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,788,152**  
**Registered Aug. 11, 2015**  

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

TEXAS PRECIOUS METALS, LLC (TEXAS LIMITED LIABILITY COMPANY)
959 HIGHWAY 95N
SHINER, TX 77984

FOR: NON-MONETARY COINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-1-2013; IN COMMERCE 4-1-2013.

OWNER OF U.S. REG. NO. 4,404,998.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRECIOUS METALS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A CIRCLE WITH THE WORDS "TEXAS" AT THE TOP EDGE OF THE CIRCLE, AND "PRECIOUS METALS" AT THE BOTTOM EDGE OF THE CIRCLE; IN THE CENTER OF THE CIRCLE THERE IS A DRAWING OF THE STATE OF TEXAS HAVING AN OVERLAY DRAWING OF A FIVE-POINTED STAR.

SEC. 2(F).

SER. NO. 86-081,600, FILED 10-3-2013.

SEAN CROWLEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office